IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LISA M. FRANKENFIELD AND GUY M. GOTTHARDT, by and through their Conservator, Kelly Tayes Private Conservator, LLC, <br><br> *Plaintiffs,* <br><br> vs. <br><br> WALTER M. STRONG, <br><br> *Defendant.* | No. 12:cv54 |

## MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION

Plaintiffs, Lisa Frankenfield and Guy Gotthardt, through counsel and pursuant to the provisions of Rule 65 of the Federal Rules of civil Procedure, move this Honorable Court for the issuance of an injunction enjoining and restraining the Defendant from transferring, signing, borrowing against, concealing or in any way dissipating or disposing of any asset in which the Defendant has an ownership interest, the value of which exceeds $500.00, without this Court's prior approval. Filed contemporaneously with this Motion is Plaintiff's Memorandum.

Respectfully submitted this the 2nd day of October, 2012

/s/ Craig P. Fickling, Jr.
Craig P. Fickling, BPR #014845
118 East First Street
Post Office Box 1483
Cookeville, TN 38503-1483
Telephone: 931/528-6403
*Attorney for Lisa Frankenfield and Guy Gotthardt*

## Certificate of Service

I certify that I have served a true and correct copy of the foregoing pleading on Jack Lowery, 150 Public Square, Lebanon, Tennessee, 37087 via the Court's electronic filing system on this the 2nd day of October, 2012.

/s/ Craig P. Fickling, Jr.