UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LISA M. FRANKENFIELD AND ) | |
| GUY M. GOTTHARDT, ) | |
| by and through their Conservator, ) | |
| Kelly Tayes Private Conservator, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:12-00054 |
| ) | Judge Sharp |
| WALTER M. STRONG, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY INJUNCTION ORDER

For the reasons set forth in the accompanying Memorandum, the "Motion for Issuance of a Preliminary Injunction" filed on behalf of Plaintiffs Lisa M. Frankenfield and Guy M. Gotthardt (Docket No. 7) is hereby GRANTED. Defendant Walter M. Strong is hereby ENJOINED and RESTRAINED from transferring, signing, borrowing against, concealing or in any way dissipating or disposing of any asset in which Defendant has an ownership interest, the value of which exceeds $500.00, without this Court's prior approval.

This Preliminary Injunction SHALL REMAIN IN FULL FORCE AND EFFECT during the pendency of the Stay which will be issued in this case and UNTIL FURTHER ORDER of the Court.

Defendant is hereby WARNED that any violation of this Preliminary Injunction Order may result in CIVIL PENALTIES and/or CRIMINAL SANCTIONS.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE