UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LISA M. FRANKENFIELD AND GUY M. GOTTHARDT, by and through their Conservator, Kelly Tayes Private Conservator, LLC, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:12-00054 ) Judge Sharp |
| WALTER M. STRONG, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) Plaintiffs' Motion for Default Judgment (Docket No. 22) is hereby GRANTED;

(2) The Court hereby FINDS LIABILITY IN FAVOR of Plaintiffs Lisa M. Frankenfield and Guy M. Gotthardt and AGAINST Defendant Walter M. Strong and assesses damages as follows:

(A) Plaintiffs are JOINTLY AWARDED $105,480.84 on their breach of fiduciary duty, conversion/embezzlement claims;

(B) Plaintiff Lisa M. Frankenfield is AWARDED $200,000 on her sexual abuse claim;

(C) Plaintiff Guy M. Gotthardt is AWARDED $25,000 on his forced labor claim;

(D) Plaintiffs are JOINTLY AWARDED $350,000 in punitive damages; and

(E) Plaintiff's are AWARDED $10,000 for reasonable attorneys fees, $131.40 for the costs of the transcript of the damages hearing, and $350 for the filing fee in this Court.

The Clerk of the Court shall prepare a final judgment in accordance with the foregoing and

Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

2