UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


LISA M FRANKENFIELD, et al.                    )
                                               )
                                               )
                                               )
                    Plaintiffs,                )
                                               )
                                               )
                                               )
                                               )
                    v.                         )       Case No. 2:12-cv-0054
                                               )
                                               )       Judge Sharp
                                               )
WALTER M. STRONG                               )
                                               )
                                               )

         Defendant.         ENTRY OF JUDGMENT



         Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of
the Federal Rules of Civil Procedure on March 25, 2014.


                                    KEITH THROCKMORTON, CLERK

                                    s/   Hannah B. Blaney